ANDREW WAIPA, Suing for Himself as Member and All Other Members of the RUSSIAN ORTHODOX GREEK CATHOLIC HOLY TRINITY CHURCH OF YONKERS, N. Y., INC., in Like Situation Who Shall Choose to Make Themselves Parties to This Action, Respondent, v. JOHN KUSHWARA and RUSSIAN ORTHODOX GREEK CATHOLIC HOLY TRINITY CHURCH OF YONKERS, N. Y., INC., Appellants.— Action for injunctive relief in disciplinary proceedings to transfer defendant Kushwara as pastor of defendant church. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

## (April 17, 1940.)

In the Matter of the Application of ELMER ERNEST BOYNER for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of REGINALD P. RAY for an Order Pursuant to Section 88, Subdivision 4, of the Judiciary Law.— Motion to vacate order of reference granted. (Matter of Donegan, 282 N. Y. 285.) Present — Lazansky, P. J., Hagarty, Carswell and Johnston, JJ.; Taylor, J., not voting. [See 258 App. Div. 1070; post, p. 904 and p. 1030.]

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of EUGENE UNGAR, an Attorney and Counselor at Law, Respondent.— Respondent disbarred and his name ordered struck from the roll of attorneys. The respondent, upon his own confession and plea of guilty, was convicted in the Court of General Sessions of the County of New York of an attempt to commit the crime of forgery in the second degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.